In the Matter of the Application of CHARLES P. SEELEY,
   as Sheriff of the County of Seneca, for a Writ of
   Mandamus, Appellant, against GEORGE T. PURCELL,
   as County Clerk of Said County, Respondent.

*Counties — juries — mandamus to compel county clerk to continue
       separate jury districts in county of Seneca properly denied.*

*Matter of Seeley* v. *Purcell*, 196 App. Div. 920, affirmed.
(Argued June 7, 1921; decided June 10, 1921.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the fourth judicial
department, entered March 31, 1921, which affirmed an
order of Special Term denying a motion for a writ of man-
damus to compel the county clerk of Seneca county to
retain and use at the Trial Term of the Supreme Court
appointed to be held in said county on the first Monday of
March, 1921, only the lists of names of grand and trial
jurors that had been, or might be, drawn from what is
known as the "north jury district" of said county, and
to disregard and cancel the lists of jurors drawn from the
entire county, pursuant to an act of the board of super-
visors of Seneca county, constituting the county a single
jury district, and further commanding said clerk to keep
in separate boxes the ballots bearing the names of the
grand and trial jurors respectively from the north and
south jury districts respectively of said county.

*John M. Sutton* for appellant.

*William S. MacDonald* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND,
MCLAUGHLIN and ANDREWS, JJ.   Absent: CRANE, J.

---

EDWARD LA GOY, as Administrator of the Estate of
   NELSON LA GOY, Deceased, Respondent, *v.* DIRECTOR-
   GENERAL OF RAILROADS, Appellant.

(Submitted June 6, 1921; decided June 10, 1921.)

Motion for re-argument denied, with ten dollars costs and
necessary printing disbursements.    (See 231 N. Y. 191.)